NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3200

YOLANDA C. GIBSON-MICHAELS,

Petitioner,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,

Respondent.

Petition for review of the Merit Systems Protection Board in DC1221080698-W-1.

ON MOTION

ORDER

Upon consideration of Yolanda C. Gibson-Michaels' motion for leave to file her informal brief out of time, the informal brief being attached to her motion,

IT IS ORDERED THAT:

(1)    The motion is granted. The informal brief is accepted for filing.

(2)    The respondent should calculate the due date for its brief from the date of filing of this order.

FOR THE COURT

JUL 23 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Yolanda C. Gibson-Michaels
       Gregg M. Schwind, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 23 2009

JAN HORBALY
CLERK